UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY G. GILL,

                        Plaintiff,

           v.                                        9:03-CV-1456

WILLIAM RIDDICK, Senior Counselor, Mohawk Corr. Fac.;
T. BROWN, Sergeant, Mohawk Corr. Fac.; J. ROSADO,
Deputy Supt. of Health Care, Mohawk Corr. Fac.; K. ADAMIK,
Lieutenant, Mohawk Corr. Fac.; KENNETH PERLMAN, Supt.,
Mohawk Corr. Fac.; D. MALLONI, C.O., Mohawk Corr. Fac.;
C.O. CACCIOTTI, C.O., Mohawk Corr. Fac.; G. WATSON,
C.O., Mohawk Corr. Fac.; K. SAXENA, M.D., Mohawk Corr. Fac.,

                        Defendants.
_____

APPEARANCES:                                OF COUNSEL:

ANTHONY G. GILL
Plaintiff, *Pro se*
Livingston Correctional Facility
P.O. Box 1991
Sonyea, New York 14556

HON. ELIOT SPITZER                    LISA ULLMAN, ESQ.
Attorney General of the State of New York    Assistant Attorney General
Attorney for Defendants
The Capitol
Litigation Bureau
Albany, New York 12224

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate

Judge Randolph F. Treece, duly filed on the 31st day of March, 2005.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: April 21, 2005
       Syracuse, New York


Norman A. Mordue
U.S. District Judge